WESTERN & SOUTHERN LIFE INSURANCE CO.
v. NATIONAL LABOR RELATIONS BOARD.

No. 91.   Decided April 26, 1965.

*John G. Wayman* for petitioner.

*Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted.  The judgment of the Court of Appeals is vacated and the case remanded to that court with instructions to remand it to the National Labor Relations Board for further proceedings consistent with the opinion of this Court in *Labor Board* v. *Metropolitan-Ins. Co., ante,* p. 438.   The judgment shall issue forthwith.

*It is so ordered.*